(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**FILED**
**OCT 2 2023**
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

# UNITED STATES DISTRICT COURT
for the
## Western District of New York

Case No. **23 CV 1045-S**

*(to be filled in by the Clerk's Office)*

Hugh D Smith

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Erie County Sheriff's Dept.
Erie County Sheriffs

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*
See Attached Labled #1 / #2

**JURY TRIAL**: Yes ✗ No ___

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

United States District Court.
Continued from Page 1 of Complaint

List of Defendants

Erie County Sheriff deputies, R Kuhw,
AARON M. Ellis, Earl Farina
ADA Christine Murray.
Erie County Sheriffs Department

Cattaraugus County Sheriff Department,
Cattaraugus County Sheriffs Deputies
Ross Olszewski, Rachel Zimmer,
Deputy Grimm.
DA Lori Reimen

Permission to Amend or Add
defendants.

Possible Defendants
1) DOCCS / Community Supervision
2) Daniel Tarantino / Lawyer
   Erie County Public defenders
   Office.

September 19th 2023          Hugh P Smith

                            Hugh O Smith JR

Page # 2 Names of Defendants
From Motion to Proceed "In Forma Paupers"

1.) Erie County Sherriffs Department
   A.) Deputy R Kuhn.
   B.) Deputy AARON Ellis.
   C.) Deputy Earl Farina

2.) Erie County ADA
   Christin Murray

3.) Cattaraugus County Sheriffs Deputies
   A.) Deputy Grimm
   B.) Deputy Olszewski / Cattaraugus
   C.) Deputy R. Zimmer   Sheriffs Dept.

4.) Cattaraugus County DA / Town of
   Lori Rpemew / Little Valley

* 5.) New York State Department of *
   Corrections and Community Supervision
   ( To be added on Amended Complaint.

With request to Amend List..

September 19, 2023            Hugh Smith
                             Hugh Smith

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name

All other names by which you have been known:

ID Number

Current Institution

Address

> Hugh D Smith Jr
>
> See Cover letter.
>
> Cattaraugus County Jail
>
> Little Valley   NY   14755
>    *City*    *State*   *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name

Job or Title *(if known)*

Shield Number

Employer

Address

> R. Kuhn
>
> Erie County Sheriff Deputy
>
> Erie County Sheriff Department
>
> Springville Sub Station
>
> Franklin St Springville
>
> Springville   NY   14141
>    *City*    *State*   *Zip Code*

☒ Individual capacity     ☒ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

> AtRow M. Ellis
>
> Erie County Sheriff Deputy
>
> Erie County Sheriff Department
>
> Springville Sub Station, Franklin St
>
> Springville   NY   14141
>    *City*    *State*   *Zip Code*

☒ Individual capacity     ☒ Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name     Carl Farina
    Job or Title *(if known)*     Erie County Sheriff Deputy
    Shield Number
    Employer     Erie County Sheriffs Department
    Address     Franklin St Sub Station
    Springville   NY   14141
    *City*    *State*    *Zip Code*

    ☒ Individual capacity     ☒ Official capacity

Defendant No. 4
    Name     Christine Murray
    Job or Title *(if known)*     ADA
    Shield Number
    Employer
    Address     Erie County DA's Office
    Buffalo   NY   14202
    *City*    *State*    *Zip Code*

    ☒ Individual capacity     ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.**      Are you bringing suit against *(check all that apply)*:

     ☐   Federal officials (a *Bivens* claim)

     ☒   State or local officials (a § 1983 claim)

**B.**      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

$4^{th}, 5^{th}, 6^{th}, 8^{th}, 14^{th}$ amendments "C.P.C."

**C.**      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

<u>Complaint # 1</u>
<u>Erie County</u>                September 19th
                                    2023

Page 1

I Hugh O Smith Jr make the
following complaint for violating
both my State and United states
constitution.
    On 11/23/22 There was a
"<u>Traffic Stop</u>" made on the vehicle,
I was operating. After the actual
Stop for "<u>failure to yeild</u>" These
officers of the Erie County Sheriffs
department comitted the following
actions and violations.
    Erie County Sheriff deputy R Kuhw
<u>ECSD</u> E. Fariner, and <u>ECSD</u> A.
Elli.'s and others thet were
present, There names and involve-
ment will have to be gotten from
Body Warn camera's.
    These officers began with
an un-solicited traffic stop
because no ~~traffic~~ Infraction had
occurd, And no probable cause,
was established after the initial
Stop.

                Continued ⟶ Page 2

Page2

Complaint #1 Cont.
Erie County                    September 19, 2023

I am charging these officers with

1) 4th amendment violation, The search of my vehicle without probable cause.

2) Malicious Prosecution for statements that were made, and an indictment followed for accusatory Instruments and Testimony don't match Body worn Cameras

3) Right to Fair trial because of the absence of truth

4) Equal Protection clause for targeting me because of my past. The 1st time of the year 2022 was october 4th when I was a passenger in a vehicle and was pulled out of the car, handcuffed, Put in a car, had my phone, money, bank cards thrown in the grass, My phone because I attempted to record the incident.

Continue ——> Page 3

Page 3    Erie County    Complaint # 1   Cont.
                                        September 19
                                            2023

4) Conspiracy under USC 1985, because
these officers conspired to give false
information to further prosecution.

5) Theft: after an inventoried search of
my vehicle my safe that can be
seen clearly on BWC, has never
been logged or recovered. It contained
several important Documents, A fairly
large and valuable coin collection,
about 2,000 dollars cash. Some
Fossil watches ~~Fit~~ A Bulova
all valued around 2,000 for all

6) Filling False Accusatory Instruments - These
officers wrote statements that don't
match BWC

7) Abuse of Process - Because they are officers
they feel entitled to violate my rights

8) Undue Hardship - After a search without
probable cause they had my girlfreinds
car towed and we lived less than Ten
mins away.

Complaint #1 Cont

Eric County                    September 19
                                        2023

Page 4

8.) 8th amendment - I have been detained
since 11/26/2022

10.) 5th amendment - Because of this
arrest and false accusations I
have lost obviously my liberties
my apartment, Cars, property

11.) 14th amendment for my right to
due process.

In furtherence I also charge the
Erie County Sheriff's Department for

1.) the lack of supervision and trainning
practice.

2.) These officers need to be retrained.

As a part of this 1983
complaint I also charge the
Erie County Court System, & Erie
County itself, also the DA's office
and ADA Christine Murray

Erie County Complaint # 1        cont'
                                 September 19
                                        2023

Page 5  For excessive pre-trial detainment,
        For holding me past the time capped
        by almost 2 months
            RE: I was forced to take a plea
        because me Attorney Dan Tarantino
        refused to bring to light several
        facts, he along with the
        ADA Christine Murray had direct
        knowledge that the accusatory
        and felony complaints were
        false and fictitious, and both
        continued to prosecute me and
        pleading me out.
            Used false facts to obtain and
        indictment.

        Prosecutorial Misconduct for not
         doing her own investigation
        into the facts Instead she
        relied upon the officers testimony
        and statements to gain an indictment.

            I would also ask permission
        to Amend this complaint, and
        or other parts to it.

Page 6    Erie County    <u>Complaint # 1 Cont</u>

<u>September 19th</u>
2023

There are several other factors involved here. I ask for permission to amend. There may be other defendants I want to add to complaint # 1 as labled.

I am asking for relief both Monetary and legally. I would like this Conviction overturned and I would like 2.5 million dollars, I also would like the leave to amend this complaint.

Hugh D Smith JR.

Continued Complaint #1

Erie County

September 19
2023

On the 20th of September of
2023 I took a plea for 1 year
to run Concurrent with the
parole violation.
    The One Year (1) with
good time turns out to be
240 days. November 23rd Is
one day 1 From December 2nd
The day bail was given until
Current. The 240 days a County
year from the days Calculated
Ended July 28th 2023. So from
July 28th 2023 until
Sept 20th Is about 53 days
past the good time release
Date I want an Extra 1,000 $
dollars per day Extra I
Served past my release
day of July 28th. These dates
are not exact they are just
Calculated. If need be a more
accurate number can be garnished
from records.

Hugh D Smith Jr

<u>Cover Sheet to Complaint #2/3</u>
<u>September 19th 2023</u>

This is a case that even though is way
past 30/30 time Frame Is actually
still pending Trial,
   Motions Date are set for October 16th
2023, and set to be heard on
October 30th In Cattaraqus County
Court.

<u>The Judge:</u> Ploetz

<u>Indictment #</u> - 70471-23/001

This Case is still Pending and Ongoing.

   I also request permission to
amend this Complaint.

Hugh D Smith JR

Total of 4 Sheets Labled Complaint #2

Complaint # 2/3 Cattaraugus County
~~page~~ 1                    September 19, 2023

I Hugh Smith claim this information is true based on actual events.

1)       On 11/26/22 I after being followed for several miles was pulled over for a turnsignal Infraction.
    3 officers, Olszewski, Grimm, and Zimmer were on scene.
    After a breif verbal exchange with officer Olszewski, he discovered I was on parole for prior drug charges.
    At that point the other two officers were called in and used my parole status to search the vehicle, and my person.
    My co-defendant was also removed. After the search of the vehicle, the contents only revealed evidence to support some misdemeanor charges.
    My co-defendant and I were about 15 feet apart and no longer sharing the space of the Car. He is fishing in his sweatshirt pocket and drops baggies, and about 7 to 8 grams of Fentanol at officer ▓ Grimms feet.

Continued to Page 2

Complaint #2/3 Cattaraugus County
September 19, 2023

<u>Continued</u> Page 2

My Co-defendant claims the officer dropped them. At that point we both were charged with the things that <u>fell from his pocket</u> out side of the car. <u>No longer in a shared space.</u>

<u>My</u> rights violations against these deputies ~~are this~~

A) 4th Amendment for illegal search, My Parole status isn't enough for probable cause.

B) <u>Equal Protection Clause</u> - Did in fact use my parole status as a profile.

C) <u>Wrongful Arrest</u> - Arrested for drugs clearly not in my possession.

D) 5th <u>Amendment</u> - Did infact detain me for Several months. (Current)

E) 8th ~~Amendment~~ - Cruel and unusual punishment. Remanded with out bail. Illegally detained.

F) Un-<u>due Hardships</u> - Cost of Towing and Storage of ~~the~~ The vehicle.

G) <u>Excessive Pretrial Detention</u> - This case caused a direct violation of my parole. I've been detained from 11/26/2022, until August 17th 2023 ...... continued to page 3

Complaint # 2/3  Cattaraugus County
Continued page 3          September 19, 2023

On August 17th of 2023 I plead guilty
to 3 Technical Parole violations, No
Criminal. So my pre-trial detention, I'm
now State Property until 12/07/23.
H.) Speedy trial Violation - From December
1st 2022 until August 9th and Counting.
   This case was time dead in May.
May 28th 2023, An Idictment was
handed down August 9th 2023
December 1st 2023 — August 9th 2023
   260 days (Roughly)

* Releif Sought - I would Like 10,000 dollars
  for each letter charged A-H   80.000
  for Pain and Suffering, Mental stress
  the loss of Life Liberty, undue hardships
  I would like   500,000 $
                  for a Total of Compensation
  of
        580.000 $

Five Hundred and eighty thousand dollars.

Cover.

<u>Cover sheet Complaint #3</u>
<u>September 2023</u>

This case is still pending in Catt County Court.

This case was a direct cause for my parole (state) to be violated

In the totality of all the circumstances this is by far the greatest infraction in this County.

To the best of my ability I'm writing all of this out. Not trying to take to much of the courts time and I'm trying to provide facts, and not make Frivolous accusations.

Hugh Smith

Hugh Smith.

Total number of pages is 4
Cover sheet plus 3 Complaint

Complaint #3  September 2023

PAGE 1

I Hugh Smith claim this information Is True based on actual events.

1.) On December 2nd of 2022 After running my felony hearing, my case was moved up to County Court. by ADA, and Judge Christine Wrona ADA Jessica Ungaro

From there it was put into DA. Lori Reimen hands for submission to or for Grand Jury proceedings.

My case was indicted on August 9th of this year. Well past 30/30 time for prosecution.

I'm charging the Town of Little Valley, and Cattaraugus County and ADA Ungaro and DA Reimen with the following. Both in Individual and professional Capacity.

A.) Wrongful incarceration - Both officers testified that I was only guilty at best of An A Misdemeanor.

I'm still in Jail these charges violated my parole.

B.) Excessive pre-trial detention - Held and still being held.

Continue ⟶

Complaint # 3 September 2023

Continue 2

C.) 5th amendment - loss of Liberties

D.) 6th Amendment - violated my speedy trial rights with excessive Detention.

E.) 14th Amendment - violation q Due Process

F.) 8th Amendment - Cruel and Unusual punishment

G.) Abuse of Process - using false facts to encourage prosecution.

For the Constitutional Both state and Federal violations I am requesting a relief both Monetary and Judicial.

1.) I would like this case to be removed and dismissed.

2.) For each Amendment violation claim I would like 20,000 Twenty thousand dollars each for a total of 80,000 $

3.) for each non amendment violation I would like 10,000 $ for a total of 30,000 $

For the Physical and Mental strain and damages, I request 500,000 $ Five hundred thousand

For a total of 610,000.00 $ Six hundred and ten thousand dollars.

Continue to Page 3

Complaint # 3 September 19, 2023

Page 3

This case is still pending. It's Scheduled for Motions on Oct 16th 2023 and arguements on October 30th In front of Judge Ploetz and Prosecuted by Lori Reimen DA.

Even though the case is time dead and my rights violated the Court and County of Cattaraugus are persueing prosecution.

Judge : Ploetz          DA Lori Reiman

I also request permission to amend this complaint.

September 19th
2023

Hugh D Smith Jr

Hugh D Smith Jr

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached Labled Section D.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)*   Parole violator Due to be released 12/07/23

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Began on date of arrests "See Attached"

**B.**    If the events giving rise to your claim arose in an institution, describe where and when they arose.

During pre-trial detention "See Attached"

✱ See Section Labled "Complaint Cover Sheet" and Complaint

<u>Section "D" Continued.</u>

1) On November 23rd 2022 The Erie County Sheriffs Listed as defendants and a few others did in fact <u>write False</u> statements and Accusatory instruments acting under the cover of local or state law,

Christine Murray the ADA in my case with direct knowledge that these officers wrote lies, did in fact use those written Instruments and testimony to get an Idictment.

2) On November 26th 2022 during a Unwarranted traffic stop the officers named as defendants did in fact Use my <u>parole Status</u> to perform an Illegal Search, that led to arrest. These officers charged me and Jailed me for contraband found in the pocket of my passenger while neither one of us was in the vehicle.

The DA LORI REIMEN several months past a speedy trial violation did encourage a GrandJury to Indict on Charges Time dead by law.

(Rev 01/21) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Nov 23rd 2022, Nov 26th 2022

D.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I was arrested and detained twice Erie County has Targeted me for years, The Souther Tier Regional Task force (catt co.) has as well. They use every opportunity to stop and harass me.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

These cases are still pending. In Erie County I would like the sentence vacted (see Attached) and I'm asking for 2.5 million dollars for Damages both mental, physical, and Emotional, And in Catt Co. I am asking for 1.2 million for the same. This case is also still pending (see Attached.) Attached labled "Relief"

Page 1                      "Relief"

Erie County - I am due to take a "no Contest" plea on the 20th of September. My Attorney Dan Tarantino even with direct knowledge of wrong doing refuses to raise the arguements on my behalf. I'm reserving my rights to appeal the case. I believe all the information contained, along with Body Worn Cameras will be overturned.

Cattaraugus County - This particular case has been time dead 30/30 for Several Months. And with Direct Knowledge of this situation, The DA still pushed to get an Indictment.

I have been in Cattaraugus County Jail Sence 11/26/2022 These cases were a direct cause of my parole violation and Even though I wasn't found guilty of any Criminal Sustained Violations I still sat on a hold from 11/26/2022 until 8/17/2023 where I plead guilty to Technical Violations and took a Time Assessment

Relief Pg 2                "Relief"

"Continued"

of twelve (12) months. My release
date is December 7th 2023.

I plan on adding Docces and Parole
to this lawsuit. I'm not sure
under what.

Leave to ammend complaints
requested.

Possible New Defendants

DOCCS / Comunity Supervision
Daniel Tarantino / Lawyer
    Erie County public defenders office

September 19th 2023

Hugh D Smith SR

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes  — *These Issues arose from arrest, and Excessive pre-trial detention.*

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Cattaraugus County Jail 301 Court St, Little Valley*

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

_____NA_____

2.    What did you claim in your grievance?

_____WA_____

3.    What was the result, if any?

_____WA_____

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

_____WA_____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

*The issues stemmed from arrest.*

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*My Attorneys Dylan Lauricella, Dan Tarantino*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9/19/2023

Signature of Plaintiff    _Hugh O Smith Jr._

Printed Name of Plaintiff    Hugh O Smith JR

Prison Identification #    19 B2730

Prison Address    Home    P.O. Box 55

Delevan    NY    14042
City                    State        Zip Code

B.    **For Attorneys**

Date of signing:    9/19/2023

Signature of Attorney    Pro-Se

Printed Name of Attorney

Bar Number

Name of Law Firm

Address    P.O Box 55

Delevan    NY    14042
City                    State        Zip Code

Telephone Number    (585) 689 - 4470

E-mail Address    (716) 479 - 8008

Notarized Signature Is on Page #2 of Coverletter.

Page 10 of 11

[Print]    [Save As...]    [Add Attachment]    [Reset]

JS 44 (Rev. 08/18)

**CIVIL COVER SHEET**

23 CV 1045-S

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Hugh D Smith Sr

**(b)** County of Residence of First Listed Plaintiff    Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*    Pro-Se

**DEFENDANTS**

See Attached    Erie

County of Residence of First Listed Defendant    Erie
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce ☐ 460 Deportation ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | Corrupt Organizations ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending ☐ 380 Other Personal | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | Protection Act ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal | Property Damage | ☐ 720 Labor/Management Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ |
| ☐ 195 Contract Product Liability | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters ☐ 895 Freedom of Information |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | Act/Review or Appeal of |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☒ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. & 1983, Civil Rights Action

Brief description of cause:
Violation of Constitutional rights.

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $ 2.5 million

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐ No

**VIII. RELATED CASE(S) IF ANY**

*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE  Sept 19th 2023

SIGNATURE OF ATTORNEY OR RECORD  Hugh D Smith Sr  Pro-Se

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____