23-CV-1045

UNITED STATES DISTRICT COURT
FILED
OCT 25 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Page 1 of 3

Oct 21st 2023

To Clerk of Courts:
Good day to you.

I'm writing this tab in regards
to the suit I filed. " 23-CV-1045
    I know when I drafted the
law suit. I had sent alot of
information. I also held back
alot as well.
    I worked hard to try and stay
in the confines of the rules
that were given to me.
    I'm sure there is an investig-
ative phase, and a collecting
period, for, Documents, Some form
of more proof that I'm not
making up false claims. I
assure you I was honest and
forthcoming.
    I know by the "Rules" that
some parties I listed will
be immune, I also realize
that more info is required
on my end.
    My case(s) are as follows Oct 23rd
Erie County will be complete except
for my 440 motion

23-CV-1045

Page 2 of 3                                    Oct 21st 2023

and the appeal part. Cattaraugus County my charges and case will be dismissed on the 30th of October.

Im guessing I will be transferred to state Custody the 1st week of November, My parole sentence will expire between 12/02, 12/07 of 2023. My physical address upon my release will be,

10293, Apt 18, State Road, Glenwood, NY, 14069, phone (716) 794-3057. Just a quick question.

How does applying for Counsel work, Am I elidgeble?

<u>also</u>

Im in fear of some form of retaliation from, My Lawyer <u>Dan Tarantino</u>, for the grievance I wrote, and Im worried about the officers and depart- ments I am suing. There has already been Some switching of Court dates and forceing me to plea against my will. This is part of the original complaint.

23 - CU - 1045

Page 3 of 3                                    Oct 21st 2023

Am I worried for not? I don't think so. I have been targeted for years.

I'm also keeping the Court with current information and making sure The Court is made aware of my concerns.

Thank you so very much.

Sincerely

Hugh D Smith

Hugh Smith 6JJ22
/ 301 Court St.
Little Valley NY
14755

CATTARAUGUS COUNTY JAIL

23-CV-1045

ATTN: Clerk of Courts

United States Western
District of New York
2 Niagra Square
Buffalo NY 14202

BUFFALO NY 140
23 OCT 2023 PM 1 L

USDC - WDNY
OCT 2 5 2023
BUFFALO

14202-335099